# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **JITENDRA SHRIVASTAVA,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:24-CV-921-L** |
| **UR M. JADDOU**, Director of U.S. Citizenship and Immigration Services**,** | § § § § | |
| Defendant. | § § | |

## ORDER

Before the court is Defendant Ur M. Jaddou, Director of U.S. Citizenship and Immigration Services' Unopposed Motion for Extension of Time ("Motion") (Doc. 5), filed June 3, 2024. The court determines that the Motion should be, and is hereby, **granted**. Accordingly, the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is **July 22, 2024**. *No further extensions will be granted*.

**It is so ordered** this 4th day of June, 2024.

Sam A. Lindsay
United States District Judge