IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JITENDRA SHRIVASTAVA**, | § |
| Plaintiff, | § |
| v. | §   Civil Action No. **3:24-CV-921-L** |
| **UR M. JADDOU**, Director of U.S. Citizenship and Immigration Services, | § |
| Defendant. | § |

## ORDER

Before the court is Defendant Ur M. Jaddou, Director of U.S. Citizenship and Immigration Services' Second Unopposed Motion for Extension of Time ("Motion") (Doc. 7), filed July 9, 2024. The court determines that the Motion should be, and is hereby, **granted**. Accordingly, the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is **September 20, 2024**. *No further extensions will be granted*.

**It is so ordered** this 10th day of July, 2024.

Sam A. Lindsay
United States District Judge

Order – Solo Page