IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JITENDRA SHRIVASTAVA**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:24-CV-921-L** |
| **UR M. JADDOU**, Director of U.S. Citizenship and Immigration Services, | § § § § | |
| Defendant. | § § | |

## NOTICE

Before the court is the parties' Joint Stipulation of Dismissal Without Prejudice Under Federal Rule of Civil Procedure 41(a) ("Stipulation") (Doc. 9), filed August 23, 2024. As the Stipulation has been signed by all parties who have appeared, no court order is required, and this action and all claims asserted by or against these parties are **dismissed without prejudice** as a matter of course. Accordingly, no order of dismissal is necessary, and the court **declines** to issue one. Per the Stipulation, the parties shall bear their own costs and attorney's fees.

**Filed** this 26th day of August, 2024.

Sam A. Lindsay
United States District Judge

Notice – Solo Page